JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOCKISON | CV 19-07949 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BAKER HUGHES OILFIELD OPERATIONS, INC., et al. | |
| Defendants. | |

Pursuant to the Court's October 25, 2019 Minute Order granting the Motion to Dismiss filed by defendants Baker Hughes Oilfield Operations, Inc. and Baker Hughes Oilfield Operations, LLC's ("Defendants"), which dismissed the claims asserted by plaintiff Richard Hockison with prejudice;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any claims of the class or collective are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing from this suit.

IT IS SO ORDERED.

DATED: October 25, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE